|                              | * | IN THE                  |
| ---------------------------- | - | ----------------------- |
| ATTORNEY GRIEVANCE           | * |                         |
| COMMISSION OF MARYLAND       |   | SUPREME COURT           |
|                              | * |                         |
|                              |   | OF MARYLAND             |
| v.                           | * |                         |
|                              |   | Misc. Docket AG No. 21  |
| STEPHEN LAWRENCE SNYDER      | * |                         |
|                              |   | September Term, 2020    |
|                              | * |                         |

## ORDER

Stephen L. Snyder, the respondent, has filed his motion for appropriate relief seeking reinstatement to the practice of law after he was suspended from practice by joint motion in October 2020. At that time, Mr. Snyder consented to his suspension from the practice of law. In his motion for appropriate relief, he has now withdrawn that consent. Bar Counsel has taken no position on Mr. Snyder's request for reinstatement, and the Petition for Disciplinary or Remedial Action remains pending. Based on the information provided by the parties, Mr. Snyder has not been found guilty or convicted of a serious crime, such as would be required to impose an immediate temporary suspension under Rule 19-738, nor has discipline been imposed against Mr. Snyder in any other jurisdiction, nor has a hearing judge made findings of fact and conclusions of law concerning the allegations of the petition for this Court to review. This Court therefore currently lacks a basis to continue Mr. Snyder's suspension.

Accordingly, it is this 20th day of January 2023, by the Supreme Court of Maryland, a majority of the Court concurring,

ORDERED that the motion is GRANTED. In granting the motion for reinstatement, the Court makes no findings with respect to the still-pending Petition for Disciplinary or Remedial Action; and it is further

ORDERED that, pending further order of this Court, Stephen Lawrence Snyder is reinstated as a member of the Bar of Maryland; and it is further

ORDERED that the Clerk of the Court shall replace the name Stephen Lawrence Snyder on the register of attorneys entitled to practice law in this State and certify that fact to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this State.

/s/ Matthew J. Fader
Chief Justice

*Neither Justice Booth nor Justice Biran participated in the consideration of matter.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk